UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN V. COLEN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-02081-SRM-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation of the magistrate judge issued on February 28, 2025 (Dkt. 34, "Report").

　　　No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

　　　Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SERENA R. MURILLO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge