**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN V. COLEN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-02081-SRM-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: March 19, 2025

_____
SERENA R. MURILLO
United States District Judge